# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| REGGIE WHITE, *et al.*, | : |
| Plaintiffs, | : |
| vs. | : |
| | : No. 4:92-cv-00906-DSD |
| NATIONAL FOOTBALL LEAGUE, *et al.*, | : |
| Defendants. | : |

## ORDER

This matter coming before the Court on Class Counsel's and the NFLPA's ("the Players") Motion to Expedite Briefing, and the Court being fully advised in the premises,

**WHEREFORE, IT IS HEREBY ORDERED THAT:**

The Players' Motion to Expedite Briefing is hereby GRANTED.

Defendants' response, if any, to the Players' Motion to Unseal and Lift Protective Order in Part is due February 22, 2011.

SO ORDERED.

Dated: February 17, 2011            BY THE COURT


                                    s/David S. Doty
                                    David S. Doty, Judge
                                    United States District Court

CH\1223976.2

DOCS-#3406854-v1