IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

```
-----------------------------------x
REGGIE WHITE, et al.,              :
                                   :
              Plaintiffs,          :
                                   :  No. 4:92-cv-00906-MJD
    vs.                            :
                                   :
NATIONAL FOOTBALL LEAGUE, et al.,  :
                                   :
              Defendants.          :
                                   :
-----------------------------------x
```

## ORDER

The above-captioned matter came on before the undersigned on Plaintiffs' motion to file under seal certain portions of their memorandum of law, portions of several declarations and certain exhibits which have been submitted in support of Plaintiffs' Rule 60(b) motion [Docket No. 786].

Based upon the arguments of counsel and all records, files and proceedings herein, **IT IS HEREBY ORDERED**:

Plaintiffs' motion [Docket No. 786] for permission to file under seal is **GRANTED**.

Dated:  March 3, 2015              s/ Michael J. Davis
                                   Michael J. Davis
                                   Chief Judge
                                   United States District Court